UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JOSE ANTONIO LOPEZ,

    Plaintiffs,

v.

PREMIER SALON INTERNATIONAL, INC.,

    Defendants.

Civil No. 97-2296 (JAF) (RJW)

**JUDGMENT**

The Jury having rendered its verdict and the Court having rendered its post-trial memorandum decision, judgment is entered accordingly.

Defendant Premier Salon International, Inc. is ordered to pay plaintiff, Jose Antonio Lopez the amount of $107,000 plus costs and interest from the date of the filing of the Judgment.

Defendant is further ordered to reinstate plaintiff in his former position as hairstylist and to cease and desist the conduct that created a hostile work environment in violation of Puerto Rico Law No. 17.

AO 72
(Rev 8/82)

Civil No. ~~96-1893~~ 97-2296 (JAF)                                    -2-

It is ordered.

San Juan, Puerto Rico, this 4th day of November, 1999.

*[signature]*

JOSE ANTONIO FUSTE
U. S. District Judge