# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





JOSE ANTONIO LOPEZ

VS.

CIVIL NO. 97-2296 (JAF)

PREMIER SALON INTERNATIONAL INC.

---

## DESCRIPTION OF MOTION

**DATE FILED:** 01/12/00   **DOCKET #:** 44   **TITLE:** MOTION by Jose Antonio Lopez |for Peter John Porrata to Withdraw as Attorney|

[X] Plaintiff(s)
[ ] Defendant(s)

---

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** *Granted*

---

5-22-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

s/c Porrata 5/25/00