## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



JOSE ANTONIO LOPEZ

    VS.

PREMIER SALON INTERNATIONAL INC.

CIVIL NO. 97-2296 (JAF)

---

### DESCRIPTION OF MOTION

**DATE FILED:** 12/14/99   **DOCKET #:** 43   **TITLE:** Letter MOTION in the Spanish Language by Jose Antonio Lopez, pro se |to request status of case|

[X] Plaintiff(s)
[ ] Defendant(s)

---

### O-R-D-E-R

\_\_ GRANTED.

\_\_ DENIED.

\_\_ MOOT.

\_\_ NOTED.

OTHER: _noted. Mr. Pomata has withdrawn. You must retain counsel to implement the terms of the judgment entered by the district court_

---

5-22-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE